The United States District Court, District of Massachusetts

FILED

**Stop Moore From Selling our without me**
**Title Insurance Fraud & Bank Fraud**      Federal Fraud Case # 05-30113-MAP

Gary Bowen                                                  May 7, 2005
Petitioner
and                                                        Property Folio # 8125-23-002

Kimberly Ann Moore
Defendant

*Complaint*

To: Kimberly Ann Moore and all others including but not limited to all Title Isurance
Underwriters, Mortgae Lenders and any buyers.
You are hereby notified of this new institution of this action seeking to Protect the half interest in this home by GARY BOWEN who Kim Moore has already defrauded on 3 other Florida properties that are included in this Federal Court Case
Kimberly Moore Has done: Title Insurance Fraud, Bank Fraud, Wire Fraud, Mail Fraud & Perjury under Oath in Broward County Court, to recieve a fraud Court Order recorded Mar. 9, 2005 that this Federal Case overturns, protecting Gary Bowen's 50% ownership of 6835 NW 11 Court, Margate FL 33063.

The Property site of:   6835 NW 11 Court, Margate Florida 33063
Legal Description: Paradise Gardens Sec 1 69-2 B Lot 10 BLK 1

Witnesses this case HERIN AFTER include: Realtors, Title Insurance Underwriters, Mortgage Lenders any buyers and all other fraud and properties related. The parties and all others who concern are referred to in the complaint for such other and futher relief sought therein.
Return To:
25 Conway Road
Deerfield MA 01373

Stamp

PAMELA D. VAID
Notary Public
Commonwealth of Massachusetts
My Commission Expires October 9, 2009

On this 18th day of MAY, 2005, before me, the undersigned notary public, personally appeared GARY BOWEN (name of document signer) proved to me through satisfactory evidence of identification, which were FLDL B500280030620 to be the person whose name is signed on the preceding or attached document in my presence.
_____ (official signature and seal of notary)
My commission expires   10/09/09

## CORRECTED FINAL JUDGEMENT OF DISSOLUTION OF MARRIAGE

THIS CAUSE came to be heard on _____, upon the Petition for Corrected Dissolution of Marriage Filed by Wife, which the court will see was completely loaded with fraud and mis-leading information, designed to trick and cause FRAUD, to not only the Broward County Court & the State of Florida.

See Attachments #1 & #2

**1)** In addition this "WIRE FRAUD" and " BANK FRAUD " cleverly hidden within a Divorce. The Wife's attemps to said WIRE FRAUD and BANK FRAUD as to rip off Creditors, 3 Banks, Mortgage Companies, Title Insurance Companies, and potenail buyers, to create a long dragged out cival matter that will surely see years in Broward Cival and Possible Federal Court.

**A)** Honorable Susan F. Greenhawt this case for Final Judgement of Dissolution of Marriage where the valid proof of the marriage and the couple living together as a married couple from July 7, 2001 until Oct 2002. Did go in front of a court as agreed by Kimberly Ann Moore and Gary Bowen on or about Setp 17, 2004. They did file an agreed upon Divorce case after the Florida case was dismissed Sept 17, 2004. Please note the telephone call from Kimberly Ann Moore to Gary Bowen in Massachusetts did cause this case to be filed, closer to the hospital where Gary Bowen is and was still recieving care from an accident 2 years ago ( he was run over by a car at 40 MPH on Las Olas Blvd, March 22 2003 ) Gary Bowen has recieved 3 seperate Bain Opperations and in early May 2005 is scheduled for a forth. It is hereby requested that the court supennion both Kimberly Ann Moore and Gary Bowen's telephone records back to said times in question to show the court and the state of Florida the daily repeative phone calls back and forth between the Wife and Husband. Also note the tape recording of messages left by Kimberly Ann Moore on Gary Bowen's voice mail addressing Gary Bowen as Honey and You are my husband. The FBI can and will provide a voice verifacation since that day in court those messages where dismissed when Kimberly Ann Moore stood and pointed and claimed that is not her voice, tape was brought into this court in late March 2004. To show the court where the FRAUD in this case began, when Kimberly Ann Moore filed said case Kimberly Ann Moore-Bowen and Gary Bowen where seperated, however please review her claim of not knowing how to reach Gary Bowen. Well that is not true either our Church was giving us marriage councling 2 days a week and the FBI was watching both of us daily because of some Mofia person's from Plantation had told Kimberly Ann Moore-Bowen and Gary Bowen that they where going to kill both of us. Also Kimberly Ann Moore and Gary Bowen where spending evening rondayviews for effection, dinners, shopping, yes Gary Bowen did save those reciepts and some 21 witnesses whom have given signed and notarized affidavits and will appear in court if supenioned which is hereby requested by Gary Bowen as to validate the Wife's claim to be **FRAUD** in: **Jurisdiction (1), Findings Relative to Alimony........ (b), (c), (d), (e), (f), (g), & (h), Findings Relative to Marital Misconduct by Husband (12), Wife's non-martail FRAUD claim (E).**

**B )** Honorable Susan F. Greenhawt Gary Bowen who, did recieve a call from Kimberly Ann Moore on January 23, 2005 telling him that said case will just be dismissed on January 24, 2005 since she and he was not attending said case. And since the valid Divorce case in Kimberly Ann Moore's own words was in Massachusetts as agreed by both of us last Sept 17, Gary Bowen who was unable to travel at said time per instructions by a doctor from his hospital, because of a very serious and very long major GRAND MALL SEAZURE which the police records state lasted over one hour and twenty minutes of which Gary Bowen flopped around a 15 x 15 floor space on his back witnesses told the police, happened just a few days before the police records do show.

**C )** Gary Bowen believing that Kimberly Ann Moore had no reason to try and pull a fast one by having the case heard in Florida while Gary Bowen was miss lead by Kimberly Ann Moore, and having let go his Florida Attorney, also Kimberly Ann Moore did call the hospital and speak to 2 seperate nurses checking on Gary Bowen's condition ( 2 of the 21 witnesses request for supenion on said case). The state Attorney's office and the FBI said I should consider that strong possbility that Kimberly Ann Moore was seeking to committ FRAUD.

**2 ) Gary Bowen would like to bring photo copies all directly from the Broward County and Port Charlotte County records, all of which are recorded and shown to Gary Bowen their where about by State investagators of Florida.**

**A )  June 13, 2003 Kimberly Ann Moore did Frauduantly take out a Mortgage from Republic Bank under the SINGLE WOMEN status on said recorded mortage and note. The FBI calls this WIRE FRAUD and BANK FRAUD. The lender was told by Kimberly Ann Moore-Bowen according to a taped conversation that was allowed, that her husband Gary Bowen was killed on March 22, 2003, the lender also claimed to have recieved a 2 page Broward County Homicide report and was promised more paperwork by Kimberly Ann moore-Bowen. The lender did contact Trafic Homidecide the the hospital and forward Gary Bowen a Mortgage application to cover up said FRAUD.**

**B ) Your Honor the DEED signed and notarized at the same real estate closing table of which the hand writen QUICK CLAIM DEED signed and notrized granting Gary Bowen on to the Title of the 6835 11 th Court, Margate FL 33063 of which KIMBERLY ANN MOORE claimed was fraud as stated in the Final Judgement OF Dissolution of Marriage and presented to your court on Jan 24, 2005.**
Please note on Feb 22, 2002 both Kimberly Ann Moore-Bowen as wife and Gary Bowen as husband signed off and sold the home that Gary Bowen came into said Marrige with the proceeds from this sale where evenly split 50/50 as husband and wife.
Also please note Kimberly Ann Moore-Bowen did agree and accept a chech of some $30,000.00 to be used to payoff 50% of the mortgage on our other martail house which Kimberly Ann Moore did put her mother on said applicationto be appoved to live in a certain commuty. Kimberly Ann Moore's Mother never lived at said home

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Gary Bowen
25 0 Conway Road
D__field MA 01___

## DEFENDANTS
Kimberly Ann Moore
6835 NW 11 Court
M_____ Fl 33063

(b) County of Residence of First Listed Plaintiff: **Franlkin**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Broward**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Attorney not chosen yet Pro Se
Gary Bowen

Attorneys (If Known)
Unknown
Kim Moore

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [x] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [x] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [x] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [x] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [x] 290 All Other Real Property

Home 6835 NW 11
Court Margate FL
# 8125-23-002

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury - Med. Malpractice
- [ ] 365 Personal Injury - Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [x] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [x] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [x] 446 Amer. w/Disabilities - Other
- [x] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
  Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [x] 410 Antitrust
- [x] 430 Banks and Banking
- [x] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [x] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [x] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [x] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [x] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **Broward/Franklin County**

Brief description of cause: Wire Fraud, Bank Fraud, Insurance Fraud of Plaintiff Gary Bowen & House hold Bank & Republic Bank & Bank of America and 2 other said valid lien holders all against 6835 NW 11 Court Margate Fl

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 187,500.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: May 7, 2005
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

3-05-740

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   Gary Bowen files this case to stop a fraud sale of my house:
   6835 NW 11 Court, Margate Florida 33063 & recoup money from the other FRAUD, Mortgages & RE

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ✓  I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ☐  II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases

   ✓  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ✓  IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ✓  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   Moore has committed: Bank Fraud, Wire Fraud, Title Insurance Fraud, Mail Fraud and Perjury to Broward Court 1/24/05

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ✓

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ✓   NO ☐
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ✓   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ✓   NO ✓

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ✓   NO ✓

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☐   Western Division ✓

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ✓   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Gary Bowen
ADDRESS   25 0Conway Road, South Deerfield   MA 01373
TELEPHONE NO.   1-800-687-1070

(CategoryForm.wpd - 5/2/05)