UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY BOWEN

V.                                    CA NO:   05-30113-MAP

KIMBERLY ANN MOORE

ORDER

October 31, 2005

PONSOR, U.S.D.J.

Pursuant to the provisions of Local Rule 4.1 and F.R.Civ.P. 4(m), the above captioned case is dismissed for failure of the plaintiff to file returns of service within 120 days of the filing of the complaint.

It is so ordered.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE